2615 N. Guadalupe St.
Seguin, Texas 78155
Randall G. Wargo
So# 15183-03, GCADC

17,912-05

(TDCJ-ID # 1984859)

RE: Tr Ct No C-3-010453-0488808-B
WR- 17,912-05
RE: 186th Bexar County
No. 2013CR10183-W1
? No. 2013CR10183-W2?

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 24 2015

Abel Acosta, Clerk

I have ongoing litigation in the form of CCP 11.07, above styled numbered cause.

I know the Tarrant County Writ has been presented to the Court, however, I am unsure of the Bexar County actions though I know they should have been by know.

I have recently been taken back to Guadalupe County on a Misdameanor and am serving Misd. time until Aug. 9, 2015 and then will be sent back to TDCJ-ID on a chain which may take up to 5 weeks.

While here in Guadalupe County, I am being refused "Access to Courts" in that I have requested but received no time in the law library. (upcoming 42 U.S.C§ 1983).

You have me listed on Garza East and I will inform you when back in TDCJ-ID.

Respectfully submitted